# United States District Court
## For The Western District of North Carolina
### Statesville Division

RANDY D. BRYANT,

        Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                      CASE NO. 5:07CV100-2-MU

KEITH WHITENER, SUPT. OF
ALEXANDER CORRECTIONAL
INSTITUTION, ET AL,

        Defendant(s).


DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 17, 2007, Order.

                                          Signed: September 17, 2007

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court