# United States District Court
# For The Western District of North Carolina
# Statesville Division

RANDY D. BRYANT,

    Plaintiff(s),          JUDGMENT IN A CIVIL CASE

vs.          CASE NO. 5:07CV100-2-MU

KEITH WHITENER, SUPT. OF
ALEXANDER CORRECTIONAL
INSTITUTION, ET AL,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 17, 2007, Order.

        Signed: September 17, 2007

Frank G. Johns, Clerk
United States District Court